IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perez, Daniel E

Printed: 7/10/07

Case Number: 07 B 06334
Judge: Squires, John H
Filed: 4/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: June 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lakeside Federal Credit Union | Unsecured | 522.00 | 0.00 |
| 2. | Braun & Edwards | Unsecured | 356.93 | 0.00 |
| 3. | Consumer Portfolio Services | Unsecured | 228.34 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 40.61 | 0.00 |
| 5. | Max Recovery Inc | Unsecured | 185.20 | 0.00 |
| 6. | Dean W Christy | Unsecured | 1,081.19 | 0.00 |
| 7. | Terri Costello | Priority |  | No Claim Filed |
| 8. | State Disbursement Unit IDPA | Priority |  | No Claim Filed |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | AREA WIDE CELLULAR | Unsecured |  | No Claim Filed |
| 11. | Aspire | Unsecured |  | No Claim Filed |
| 12. | Harris Bank | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 15. | David Wenzel MD | Unsecured |  | No Claim Filed |
| 16. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 17. | FIGI | Unsecured |  | No Claim Filed |
| 18. | DMCS | Unsecured |  | No Claim Filed |
| 19. | Washington Mutual Bank FA | Unsecured |  | No Claim Filed |
| 20. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 21. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 23. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 24. | McDermott and McDermott Limited | Unsecured |  | No Claim Filed |
| 25. | Merchant Credit Guide | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Perez, Daniel E | | Case Number: 07 B 06334 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 7/10/07 | | Filed: 4/9/07 |

| | | | | |
|---|---|---|---|---|
| 26. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 27. | Lakeside Bank | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | Providian | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | AREA WIDE CELLULAR | Unsecured | | No Claim Filed |
| 32. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 33. | Professional Account Management | Unsecured | | No Claim Filed |

                                                                      _____        _____
                                                                      $ 2,414.27          $ 0.00

TRUSTEE FEE DETAIL

Fee Rate          Total Fees
                  _____
                    $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_